UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | \* | Bankr. Case No. 09-40332 |
| | \* | Chapter 7 |
| Kathryn Jane Kuper, | \* | |
| | \* | NOTICE OF |
| | \* | AMENDMENT TO SCHEDULES B, C, & I |
| Debtor | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO THE COURT AND ALL PARTIES IN INTEREST:

Debtor Kathryn Jane Kuper has filed papers with the Court to amend her Schedules B, C, and I to:

    (1) Add her dependant to Schedule I
    (2) Increase the amounts of her personal assets and exemptions

**Your rights may be affected.**  You should discuss this notice with your attorney.  If you do not have an attorney, you may wish to consult one.


Dated:  July 7, 2009                      /s/_Carolyn K. Dick_____
                                              Carolyn K. Dick, Esq.
                                              601 N. Minnesota Ave. Suite 200
                                              Sioux Falls, SD 57104
                                              (605) 330-4129
                                              Fax: (605) 330-9098