UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-40332 |
| | ) | Chapter 7 |
| KATHRYN JANE KUPER | ) | |
| SSN/ITIN xxx-xx-3210 | ) | ORDER RE: SUBSTITUTION |
| | ) | OF COUNSEL FOR DEBTOR |
| Debtor. | ) | |

Upon consideration of Debtor's Motion to Substitute Counsel (doc. 45) and the record before the Court; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtor's motion is granted, and Attorney Thomas A. Blake is substituted for Attorney Carolyn K. Dick as counsel of record for Debtor.

So ordered: May 10, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

# CERTIFICATE OF NOTICE

```
District/off: 0869-4          User: dmick              Page 1 of 1            Date Rcvd: May 10, 2010
Case: 09-40332                Form ID: pdf1            Total Noticed: 13

The following entities were noticed by first class mail on May 12, 2010.
 db          +Kathryn Jane Kuper,    512 N. Clark Avenue,    Dell Rapids, SD 57022-1626
 aty         +Fite & Pierce Law Office,    PO Box 524,    Brookings, SD 57006-0524
 947236       Accounts Management, Inc.,    PO Box 1843,    Sioux Falls, SD  57101-1843
 947235       Avera Medical Group,    Dell Rapids Medical Clinic,    111 East 10th Street,
               Dell Rapids, SD  57022-1217
 929570       Beneficial National Bank USA,    301 North Walnut Street,    Wilmington, DE 19801-3974
 929571       Best Buy Co., Inc.,    c/o Retail Services,    P.O. Box 5238,    Carol Stream, IL 60197-5238
 929572       Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
 929573       Dish Network,    c/o GC Services,    6330 Gulfton St.,    Houston, TX 77081-1108
 929574       First Premier Bank,    P.O. Box 1348,    Sioux Falls, SD 57101-1348
 929575       Slumberland Furniture,    P.O. Box 94498,    Las Vegas, NV 89193-4498
 929576       Wells Fargo,    P.O. Box 5445,    Portland, OR 97228-5445
 929577       Wells Fargo Financial Bank,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
 929578      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2010**          Signature:  _Joseph Speetjens_