UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 09-40332 |
| | ) | Chapter 7 |
| KATHRYN JANE KUPER, | ) | |
| SSN: XXX-XX-3210 | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Debtor. | ) | |

The undersigned hereby certifies that a copy of the NOTICE OF REVOCATION OF DISCHARGE was served by United States mail, first class, postage prepaid, to the creditor at the creditor's correct address listed below because the same was returned to this office as undeliverable by the United States Post Office.

Old Address:   Beneficial National Bank
301 North Walnut Street
Wilmington, DE 19801-3974

New Address:   Beneficial National Bank USA
1300 Market Street
Wilmington, DE 19801

Dated this 29th day of April 2010.

/s/__Carolyn K. Dick_____
Carolyn K. Dick
Attorney at Law
601 N. Minnesota Ave. Ste. 200
Sioux Falls, SD 57104
(605) 330-4129