UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 09-40332 |
| | ) | Chapter 7 |
| KATHRYN JANE KUPER, | ) | |
| SSN: XXX-XX-3210 | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Debtor. | ) | |

The undersigned hereby certifies that a copy of the NOTICE OF REVOCATION OF DISCHARGE was served by United States mail, first class, postage prepaid, to the creditor at the creditor's correct address listed below because the same was returned to this office as undeliverable by the United States Post Office.

Old Address:   Beneficial National Bank
1300 Market Street
Wilmington, DE 19801

New Address:   HSBC Bank Nevada
1111b Town Center Drive
Las Vegas, NV 89134

Dated this 11th day of May 2010.

/s/__Carolyn K. Dick_____
Carolyn K. Dick
Attorney at Law
601 N. Minnesota Ave. Ste. 200
Sioux Falls, SD 57104
(605) 330-4129