# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In the Matter of | Bankr. No. 09-40332 |
| | Chapter 7 |
| KATHRYN JANE KUPER | CERTIFICATE OF SERVICE OF |
| SSN:XXX-XX-3210 | DISCLOSURE OF COMPENSATION |
| Debtor | |

I, Thomas A. Blake, Attorney for Debtor, hereby certify that a true and correct copy of the Disclosure of Compensation was mailed by first class mail, postage prepaid to:

Kathryn Kuper
512 N. Clark Ave.
Dell Rapids, SD  57022

Service was made by United States mail, postage prepaid, directed to the address of record to anyone who was not served electronically by the United States Bankruptcy Clerk of Courts.

Dated this 18th day of May, 2010.

/s/ THOMAS A. BLAKE
Thomas A. Blake
Attorney for Debtor
505 West Ninth Street
Sioux Falls, SD 57104
(605)336-1216
FAX (605)275-4166